IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAMION A. AHMAD, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 1:11-CV-1965-TWT-ECS |
| MEDSHARE DAA, : | |
| : | |
| Defendant. : | |

## FINAL REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On June 16, 2011, Plaintiff filed the instant action against Defendant, alleging race discrimination in violation of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq., as amended, in connection with Plaintiff's employment with Defendant. [Doc. 1]. Since this date, the record reflects no service upon Defendant.

Rule 4(m) of the Federal Rules of Civil Procedure provides that "[i]f a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against the defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).

Because Plaintiff has failed to effect service upon Defendant within 120 days of the filing of his complaint, this Court **RECOMMENDS** that Plaintiff's complaint be **DISMISSED without prejudice**. This report and recommendation constitutes notice of

dismissal as required under Rule 4(m). The Clerk is **DIRECTED** to terminate the District Court's referral of this case to the undersigned magistrate judge.

    **SO REPORTED AND RECOMMENDED**, this 27th day of October, 2011.

                                                 s/ *E. Clayton Scofield*
                                                 E. CLAYTON SCOFIELD III
                                                 UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)