IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAMION A. AHMAD,
   Plaintiff,
    v.

MEDSHARE DAA,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-1965-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action without prejudice for failure to effectuate service. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of November, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Ahmad\r&r.wpd